United States District Court
Southern District of Texas
**ENTERED**
June 16, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LEGACY SEPARATORS, LLC, *et al.*, § § Plaintiffs, § § v. § § HALLIBURTON ENERGY SERVICES, INC., § *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:14-CV-02081 |

## ORDER

Following the Court's order for the parties to meet and confer over trial dates in August 2020 (Doc. No. 1269), the parties have agreed to reset the trial date for August 24th. Accordingly, the Court hereby sets the jury trial for this case to begin on August 24, 2020.

Consistent with that new trial setting, the Court also hereby modifies the pretrial deadlines as follows:

- The Final Pretrial Order and all pretrial motions are due on or by July 26, 2020;

- A jury questionnaire, if desired by the parties, is due on or by July 26, 2020; and

- The final pretrial conference will be held on August 10, 2020 at 10:00 a.m.

SIGNED at Houston, Texas this 16th day of June, 2020.

Andrew S. Hanen
United States District Judge